HARBOTTLE LAW GROUP
S. Daniel Harbottle (State Bar No. 156442)
dharbottle@harbottlelaw.com
Sara C. Young (State Bar No. 265665)
syoung@harbottlelaw.com
600 Anton Boulevard, Suite 1100
Costa Mesa, California 92626
Telephone: 714.371.4385
Facsimile: 714.371.4485

Attorneys for Defendant
Capistrano Unified School District

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYNA LAZERSON et. al, | Case No.: SACV 09-958 DOC (ANx) |
| Plaintiffs, | **JUDGMENT** |
| v. | Judge: Hon. David O. Carter |
| CAPISTRANO UNIFIED SCHOOL DISTRICT, | Trial: March 15, 2011<br>Time: 6:00 p.m.<br>Dept.: 9D |
| Defendant. | |

This action, filed by Plaintiffs against Defendant CAPISTRANO UNIFIED SCHOOL DISTRICT ("District"), came on for bench trial before this Court on March 15, 2011, Honorable David O. Carter, United States District Judge, presiding. After considering the trial briefs of the parties and the administrative record, oral arguments having been heard, and good cause appearing therefore, this Court finds as follows:

**IT IS HEREBY ORDERED** that, pursuant to the Court's March 25, 2011 Order (Docket Document 42), judgment be entered denying Plaintiffs' appeal of the decision of the Office of Administrative Hearings ("OAH"), denying Plaintiff's request for reimbursement, including but not limited to, reimbursement for the costs

associated with Plaintiff Shayna Lazerson's residency and attendance and all other associated costs and expenses at Copper Canyon Academy, and permitting recovery by the District of its costs.

**IT IS SO ORDERED.**

Dated: May 2, 2011

*David O. Carter*
Honorable David O. Carter
United States District Judge